**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
FINANCIAL FEDERAL CREDIT INC.,

                                                **ORDER**
                Plaintiff,            09-cv-2904 (ADS) (AKT)

        -against-

EAST-WEST AGGREGATE INC. and
LIBERATORE IABONI,

                Defendants.
-----------------------------------------------------------X

**APPEARANCES:**

**Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP**
*Attorneys for the plaintiffs*
1065 Avenue of the Americas
18th Floor
New York, NY 10018
        By:    Andrew Steven Muller, Esq., Of Counsel

**Robert T. Bonsignore, Esq.**
*In-house counsel for Financial Federal Credit Incorporated*
733 Third Avenue
24th Floor
New York, NY 10017

**NO APPEARANCE**
East-West Aggregate Inc.
Liberatore Iaboni

**SPATT, District Judge.**

        The petitioners, Financial Federal Credit, Inc., commenced this action on or about July 8, 2009, seeking to collect on unpaid debts owed to them by the defendants.

On February 18, 2010, the Court entered a default judgment against the defendants East-West Aggregate Inc. and Liberatore Iaboni and referred the matter to United States Magistrate Judge A. Kathleen Tomlinson for an inquest as to damages, appropriate injunctive relief, appropriate attorney's fees, and costs. On April 15, 2011, Judge Tomlinson issued a thorough Report recommending that the plaintiff be awarded damages in the amount of:

- $103,282.94 in unpaid principal;
- $36,992.16 in unpaid interest through April 1, 2011, with additional interest accruing at a daily rate of $32.99 until judgment is entered;
- $2,670.40 in late charges; and
- $5,474.00 in prepayment premium.

To date, no objection has been filed to Judge Tomlinson's Report and Recommendation.

In reviewing a report and recommendation, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (citing Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)). The Court has reviewed Judge Tomlinson's

Report and finds it be persuasive and without any legal or factual errors. There being no objection to Judge Tomlinson's Report, the Court adopts the Report.

For the foregoing reasons, it is hereby:

**ORDERED** that Judge Tomlinson's Report and Recommendation is adopted in its entirety; and it is further

**ORDERED** that the Clerk of the Court is directed to enter a default judgment against the defendants in the amount of $148,419.50 in damages, plus $32.99 for each day after April 1, 2011 until judgment is entered; and it is further

**ORDERED** that the Clerk of the Court is respectfully directed to close this case.

**SO ORDERED.**

Dated: Central Islip, New York
September 6, 2011

                                                    _/s/ Arthur D. Spatt_
                                                   ARTHUR D. SPATT
                                                  United States District Judge